FILED

JUL 02 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| DON'T WASTE ARIZONA, INC., | Nos. 19-15353; 19-15370 |
|---|---|
| Plaintiff-Appellant/ Cross-Appellee, | D.C. No. 2:16-cv-03319-GMS District of Arizona, Phoenix |
| v. | |
| HICKMAN'S EGG RANCH, INC., | ORDER |
| Defendant-Appellee/ Cross-Appellant. | |

Pursuant to the stipulation of the parties (Docket Entry No. 14), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation